# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **MARCUS TREMAINE PERRY (#636903)** | **DOCKET NO. 3:17-cv-00683** |
| | **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, including the objections to the Report and Recommendation, and determining that the Magistrate Judge's findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Writ of *Habeas Corpus* should be **DISMISSED WITH PREJUDICE**.

**MONROE, LOUISIANA,** this 5th day of October, 2017.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE